UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:25-cv-00080-JLB-NPM

MARIA MORALES,

    Plaintiff,

v.

MONTERREY REAL ESTATE, LLC, and
CARNICERIA MONTEREY II, INC.,

    Defendants.
_____/

## JOINT NOTICE OF RESOLUTION

Plaintiff MARIA MORALES and Defendants MONTERREY REAL ESTATE, LLC, and CARNICERIA MONTEREY II, INC, by and through their respective undersigned counsel, pursuant to M.D. Fla. Local Rule 3.09, hereby jointly give notice that they have reached a resolution in principle of this action. The parties anticipate submitting a stipulation for dismissal with prejudice within thirty (30) days.

[This space intentionally left blank. Signature blocks appears on following page.]

Dated:  April 28, 2025                     Respectfully submitted,

s/ Sara Howeller                           s/ Adam S. Chotiner[1]
Sara Howeller, Esq.                        Adam S. Chotiner, Esq.
Email: DHoweller@gmail.com                 E-Mail: achotiner@sbwh.law
The Law Offices of Sara Howeller           Shapiro, Blasi, Wasserman
1732 Ronald Reagan Blvd                     & Hermann, P.A.
Longwood, Florida 32750                    7777 Glades Rd., Suite 400
Tel: (407) 977-7822                        Boca Raton, FL  33434
Fax: (844) 300-7287                        Tel: (561) 477-7800
Trial Counsel for Plaintiff                Fax: (561) 477-7722
                                           Trial Counsel for Defendant Tomoka
                                           Town Center Phase 1, LLC

---

[1] Plaintiff's counsel Sara Howeller has authorized Adam S. Chotiner to jointly file this notice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2025 a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, causing a copy to be served on all counsel of record.

>	*s/ Adam S. Chotiner*
>	ADAM S. CHOTINER, ESQ.
>	Florida Bar No. 0146315
>	E-Mail: achotiner@sbwh.law
>	SHAPIRO, BLASI, WASSERMAN
>	 & HERMANN, P.A.
>	7777 Glades Rd., Suite 400
>	Boca Raton, FL  33434
>	Tel:  (561) 477-7800
>	Fax:  (561) 477-7722
>	*Lead Counsel for Defendants*